**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 97-2768**

—————————

In Re: CATHERINE STARUCH,

Debtor.

———————————————————

NICHOLAS R. BULJAT,

Plaintiff - Appellant,

versus

FEDERAL HOME LOAN MORTGAGE CORPORATION;
DEBORAH CURRAN, Trustee; BANK/AMERICA, ser-
vicing loan; MS. OOSTEERHOOT; TRACY BERRETT,

Defendants - Appellees.

—————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge;
Catherine C. Blake, District Judge. (CA-97-2868-CCB, BK-97-3621-5-
JS)

—————————

Submitted:  July 2, 1998          Decided:  July 16, 1998

—————————

Before NIEMEYER and HAMILTON,[*] Circuit Judges, and HALL, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Nicholas R. Buljat, Appellant Pro Se.  Deborah Kay Curran, Laurel, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

_____

[*] Judge Hamilton did not participate in consideration of this case. The opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

PER CURIAM:

Appellant appeals from the district court's orders: (1) dismissing, as untimely filed, Appellant's appeal from the bankruptcy court's orders, and (2) denying his motion for reconsideration. We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we deny Appellant's motion for sanctions and affirm on the reasoning of the district court. Buljat v. Federal Home Mortgage Corp., Nos. CA-97-2868-CCB, BK-97-3621-5-JS (D. Md. Dec. 5, 1997). Appellees' motion for sanctions is also denied. We deny Appellant's motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED